**Stephen M. BUTLER, Sr., and Noreen T. Butler, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3333.

United States Court of Appeals, Federal Circuit.

Oct. 11, 2005.

Stephen M. Butler, Sr., Noreen T. Butler, pro se.

Official Caption[3]

ORDER

Petitioner having paid the initial docketing fee, and filed the required 15(c) Discrimination Statement, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioners' briefs are due within 21 days from the date of filing of this order.

**3.** Required for use on petitions, formal briefs and appendices, court opinions, and disposi-tive court orders. FRAP 12(a); 32(a).